STEPHEN KOSTKA, Respondent, *v.* GEORGE E. STACK, Appellant.

Argued December 3, 1943; decided January 13, 1944.

*Alfred L. Simon* for appellant.

*Carl L. McMahon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.